IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>                Plaintiff,<br>v.<br><br>PILOT THOMAS LOGISTICS, THOMAS WEST FUELS LUBRICANTS AND CHEMICALS, LLC, SIMON PETROLEUM, INC., and DANIEL S. MCCANN,<br><br>                Defendants. | Case No. 3:22-cv-00117-LRH-CSD<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

     Plaintiff UNION PACIFIC RAILROAD COMPANY (hereinafter "Plaintiff") and Defendants PILOT THOMAS LOGISTICS, THOMAS WEST FUELS LUBRICANTS AND CHEMICALS, LLC, SIMON PETROLEUM, INC., and DANIEL S. MCCANN (hereinafter "Defendants," together with Plaintiff "Parties"), by and through their respective counsel of record, do hereby stipulate that the above-captioned matter be dismissed with prejudice with each

/ / /

/ / /

/ / /

/ / /

/ / /

party to bear its/his own costs of suit and attorneys' fees incurred herein.

DATED this 21st day of November, 2023.　　　DATED this 21st day of November, 2023.

PARSONS BEHLE & LATIMER　　　　　　　　GRANT & ASSOCIATES

 /s/ *Sarah Ferguson*　　　　　　　　　　　　 /s/ *Damian C. Noody*
Ashley C. Nikkel (NSBN 12838)　　　　　　Annalisa N. Grant, Nevada Bar No. 11807
Sarah Ferguson (NSBN 14515)　　　　　　　Damian C. Noody, Nevada Bar No. 14409
*Attorneys for Plaintiff*　　　　　　　　　　　*Attorneys for Defendants*
*Union Pacific Railroad Company*

## ORDER

Pursuant to the stipulation of the parties and good cause appearing,

IT IS ORDERED that this action is dismissed with prejudice with each party to bear their own attorneys' fees.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter final judgment accordingly, dismiss this action, and close the case.

IT IS SO ORDERED.

DATED this 27th day of November, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

14330.029\4867-1794-2910.v1

2