AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

                Plaintiff,

v.

PILOT THOMAS LOGISTICS, THOMAS WEST FUELS LUBRICANTS AND CHEMICALS, LLC, SIMON PETROLEUM INC., and DANIEL S. MCCANN,

                Defendants.

JUDGMENT

Case Number:   3:22-cv-00117-LRH-CSD

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice with each party to bear their own attorneys' fees.
**IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.



Date:  November 27, 2023

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk